DAVID S. McLANE (No.124952)
dmclane@mbllegal.com
LAURA F. DONALDSON (No. 307638)
ldonaldson@mbllegal.com
McLANE, BEDNARSKI & LITT, LLP
975 East Green Street
Pasadena, California 91106
Tel: (626) 844-7660
Fax: (626) 844-7670

Attorneys for Plaintiff RICKY DAVIS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DAVIS,<br><br>   Plaintiff,<br>   v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>   Defendants. | Case No. 2:22-cv-00262-MCE-JDP<br><br>[Hon. Judge Morrison C. England, Jr.]<br><br>**ORDER RE STIPULATION TO BRIEFING SCHEDULE RE DEFENDANTS COUNTY, STRASSER AND FITZGERALD, AND TERESA PIPER'S MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [Dkt. Nos. 12, 13, 15]**<br><br>First Amended Complaint Filed:4/15/22<br>Trial:              TBD |

1  GOOD CAUSE APPEARING, based on the stipulation of the parties, the
2  Court hereby GRANTS the request to amend briefing scheduling regarding
3  Defendants El Dorado County, Richard Strasser and Rick Fitzgerald, and Teresa
4  Piper's Motions to Dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 12, 13
5  & 15, respectively).
6  For Defendants El Dorado County and Strasser and Fitzgerald's Motions to
7  Dismiss, Opposition papers shall be filed on or by May 26, 2022, and the Reply
8  papers shall be filed on or by June 2, 2022.
9  For Teresa Piper's Motion to Dismiss, Opposition papers shall be filed on or
10 by June 9, 2022, and the Reply papers shall be filed on or by June 16, 2022
11 IT IS SO ORDERED.
12 DATED: May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE