BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, S.B. #286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, S.B. #340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants RICHARD STRASSER and RICK FITZGERALD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DAVIS, | Case No.: 2:22-cv-00262-MCE-JDP |
| Plaintiff, | **ORDER EXTENDING DEFENDANTS STRASSER, FITZGERALD, AND THE COUNTY OF EL DORADO'S DEADLINE TO FILE MOTION TO DISMISS REPLY BRIEFS** |
| vs. | |
| COUNTY OF EL DORADO, et al. | |
| Defendants. | |

Good cause appearing, and based on stipulation of the parties, the Court hereby GRANTS Defendants' application to extend their deadline to file motion to dismiss reply briefs.

Wherefore, Defendants RICHARD STRASSER, RICK FITZGERALD, and the COUNTY OF EL DORADO have until **June 16, 2022** to file timely reply briefs in support of their motions to dismiss (ECF Nos. 12 & 13).

IT IS SO ORDERED.

**Dated:  May 31, 2022**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-1-
STIPULATION AND APPLICATION TO EXTEND DEFENDANTS STRASSER, FITZGERALD, AND THE COUNTY OF EL DORADO'S DEADLINE TO FILE MOTION TO DISMISS REPLY BRIEFS