Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue, Sacramento, CA 95825
Telephone: (916)923-1600
Attorneys for Defendants
RICHARD STRASSER AND RICK FITZGERALD
Public Entity-Public Employees – Filing Fees Waived

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RICKY DAVIS, | CASE NO: 2:22-CV-00262-MCE-JDP |
| Plaintiff, | STIPULATION AND ODER RE EXTENSION OF TIME FOR DEFENDANTS RICHARD STRASSER AND RICK FITZGERALD TO ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| vs. | |
| COUNTY OF EL DORADO, RICHARD STRASSER, RICK FITZGERALD, ESTATE OF BILL WILSON, ESTATE OF LARRY HENNICK, HENNICK ESTATE PERSONAL REPRESENTATIVE THERESA PIPER, DR. ROBERT ANTHONY, AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff RICKY DAVIS ("Plaintiff") and Defendants RICHARD STRASSER and RICK FITZGERALD ("Defendants"), through their respective counsel, that the time for the Defendants to answer the First Amended Complaint shall be extended from December 2, 2022, to January 3, 2023.

The requested extension is necessary to allow the newly appointed counsel for the individual Defendants to review the file materials, communicate with Defendants, one who lives in Florida, and answer the General and Factual allegations along with the Three Causes of Action in Plaintiff's First Amended Complaint.

The Parties will still abide by the January 27, 2023, date for initial disclosures.

Respectfully submitted,

Dated: December 2, 2022

EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP

By: /s/ Carol A. Wieckowski
Carol A. Wieckowski
Cathleen J. Fralick
Attorneys for Defendants
RICHARD STRASSER AND
RICK FITZGERALD

Dated: December 2, 2022

McLANE, BEDNARSKI & LITT, LLP

By: /s/Laura F. Donaldson
David S. McLane
Laura F. Donaldson
Attorneys for Plaintiff RICKY DAVIS

## **ORDER**

IT IS SO ORDERED.

DATED: December 14, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE