**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY DAVIS,<br><br>      Plaintiff,<br>  v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>      Defendants. | Case No. 2:22-cv-00262-MCE-JDP<br><br>[Hon. Judge Morrison C. England, Jr.]<br><br>**ORDER RE STIPULATION FOR EXTENSION OF DISCOVERY, EXPERT, AND DISPOSITIVE MOTION DEADLINES**<br><br><br>Complaint Filed: February 9, 2022<br>Trial:           TBD |

# ORDER

GOOD CAUSE APPEARING, the parties' request to continue the discovery, expert, and dispositive motion deadlines a by 6 months, is hereby GRANTED as follows:

| Activity/Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Deadline | 01/03/2024 | 07/01/2024 |
| Expert Disclosures | 03/24/2024 | 08/30/2024 |
| Rebuttal Expert Disclosures | 04/03/2024 | 09/30/2024 |
| Filing of Dispositive Motions/MSJ | 07/01/2024 | 12/30/2024 |
| Filing of Joint Notice of Trial Readiness | 30 days after Court ruling on last filed dispositive motion | No change |

IT SO ORDERED.

Dated: November 8, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER STIPULATION FOR EXTENSION OF DISCOVERY, EXPERT, AND DISPOSITIVE MOTION DEADLINES
1