1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DAVIS, | Case No. 2:22-cv-00262-MCE-JDP |
| Plaintiff, | [Hon. Judge Morrison C. England, Jr.] |
| v. | **ORDER RE STIPULATION FOR EXTENSION OF DISCOVERY, EXPERT, AND DISPOSITIVE MOTION DEADLINES** |
| COUNTY OF EL DORADO, et al., | |
| Defendants. | |
| | Complaint Filed: February 9, 2022<br>Trial: TBD |

## ORDER

GOOD CAUSE APPEARING, the parties' request to continue the discovery, expert, and dispositive motion deadlines a by 3 months, is hereby GRANTED as follows:

| Activity/Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Deadline | 07/01/2024 | 10/01/2024 |
| Expert Disclosures | 08/30/2024 | 11/29/2024 |
| Rebuttal Expert Disclosures | 09/30/2024 | 01/03/2025 |
| Filing of Dispositive Motions/MSJ | 12/30/2024 | 04/25/2025 |
| Filing of Joint Notice of Trial Readiness | 30 days after Court ruling on last filed dispositive motion | No change |

IT SO ORDERED.

Dated: March 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE