UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DAVIS,<br><br>        Plaintiff,<br>    v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>        Defendants. | Case No. 2:22-cv-00262-MCE-JDP<br><br>[Hon. Judge Morrison C. England, Jr.]<br><br>**ORDER RE STIPULATION FOR EXTENSION OF DISCOVERY, EXPERT, AND DISPOSITIVE MOTION DEADLINES (Dkt. 52)**<br><br>Complaint Filed:  February 9, 2022<br>Trial:            TBD |

## ORDER

GOOD CAUSE APPEARING, the parties' request to continue the discovery, expert, and dispositive motion deadlines is hereby GRANTED as follows:

| Activity/Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Deadline | 10/01/2024 | 01/09/2025 |
| Expert Disclosures | 11/29/2024 | 03/10/2025 |
| Rebuttal Expert Disclosures | 01/03/2025 | 05/12/2025 |
| Filing of Dispositive Motions/MSJ | 04/25/2025 | 09/04/2025 |
| Filing of Joint Notice of Trial Readiness | 30 days after Court ruling on last filed dispositive motion | No change |

IT SO ORDERED.

Dated: August 5, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE