| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICKY DAVIS,<br><br>  Plaintiff,<br>v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>  Defendants. | Case No. 2:22-cv-00262-DC-JDP<br><br>[Hon. Dena M. Coggins]<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: February 9, 2022<br>Trial:                    TBD |

[PROPOSED] ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

1  GOOD CAUSE APPEARING, the parties' stipulation to continue the
2  settlement conference in this matter from December 3, 2024 to February 25, 2025 at
3  10:00 a.m. via Zoom is hereby GRANTED.
4  If the parties wish to submit updated settlement conference statements, they
5  may do by February 18, 2025 to: jdporders@caed.uscourts.gov.
6  IT IS SO ORDERED.

8  Dated: November 22, 2024                    _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE