DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ., SB No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF EL DORADO and TERESA PIPER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY DAVIS, | Case No.: 2:22-cv-00262-DC-JDP |
| Plaintiff, | **STIPULATION, REQUEST AND** ~~**PROPOSED**~~ **ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |
| vs. | |
| COUNTY OF EL DORADO, et al., | |
| Defendants. | |

On January 17, 2025, the Court granted a stipulated modification to the scheduling order such that "expert disclosures shall be completed by 4/10/2025; rebuttal disclosures shall be completed by 6/12/2025; expert discovery shall be completed by 7/14/2025; and all motions, except for motions for continuances, temporary restraining orders or other emergency applications shall be filed no later than 9/4/2025."  ECF No. 68.

Since then, the parties completed fact discovery and then participated in a settlement conference on February 25, 2025 and March 5, 2025. The parties delayed expert expense during the negotiation period with the hope that it would be unnecessary, however the case did not resolve.

Accordingly, the parties hereby stipulate to and request that the court extend the expert discovery deadlines by approximately 45 days.  The parties are not requesting an extension of the September 4, 2025 motion filing deadline.

1  The parties request that the Court modify the schedule such that expert deadlines fall on
2  the following new dates:
3  - Expert disclosures shall be completed by June 1, 2025;
4  - Rebuttal disclosures shall be completed by August 1, 2025;
5  - Expert discovery shall be completed by September 1, 2025.
6  **SO STIPULATED.**

Dated:  March 17, 2025                    MCLANE, BEDNARSKI & LITT, LLP

     */s/ Laura Donaldson*
By:_____
DAVID MCLANE
LAURA DONALDSON
Attorneys for Plaintiff RICKY DAVIS


Dated:  March 17, 2025                    ANGELO, KILDAY & KILDUFF, LLP

     */s/ Derick E. Konz*
By:_____
DERICK E. KONZ
Attorneys for Defendants COUNTY OF EL DORADO and TERESA PIPER as personal representative for the Estate of Larry Hennick


Dated:  March 17, 2025                    RANKIN, SHUEY, MINTZ, LAMPASONA & REYNOLDS

     */s/ David Shuey*
By:_____
DAVID T. SHUEY
Attorneys for Defendant DR. ROBERT ANTHONY

| | | |
|---|---|---|
| 1 | Dated: March 17, 2025 | EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP |
| 2 | | |
| 3 | | */s/ Carol Wieckowski*<br>By:_____ |
| 4 | | CAROL WIECKOWSKI |
| 5 | | Attorneys for STRASSER and FITZGERALD |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **~~PROPOSED~~ ORDER**

2   Upon stipulation of all parties and good cause appearing, the Court modifies the expert
3 discovery deadlines as follows:
4 - Expert disclosures shall be completed by June 1, 2025;
5 - Rebuttal disclosures shall be completed by August 1, 2025;
6 - Expert discovery shall be completed by September 1, 2025.
7
8   All other deadlines remain unchanged.
9
10 IT IS SO ORDERED.
11
12 Dated:   March 17, 2025                                   _____
                                                            JEREMY D. PETERSON
13                                                          UNITED STATES MAGISTRATE JUDGE

-4-
STIPULATION, REQUEST AND ~~PROPOSED~~ ORDER TO EXTEND EXPERT DISCOVERY DEADLINES